UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISON

| BABBAGE HOLDINGS, LLC, | |
|---|---|
| Plaintiff, | |
| v. | |
| 505 GAMES (U.S.), INC. | 2:13-CV-749 (Lead Case) |
| ACTIVISION PUBLISHING, INC. and BLIZZARD ENTERTAINMENT, INC. | 2:13-CV-750 |
| CAPCOM U.S.A., INC. | 2:13-CV-751 |
| ELECTRONIC ARTS, INC. | 2:13-CV-753 |
| KONAMI DIGITAL ENTERTAINMENT, INC. | 2:13-CV-754 |
| BANDAI NAMCO GAMES AMERICA INC. | 2:13-CV-755 |
| UBISOFT, INC. | 2:13-CV-758 |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., ROCKSTAR GAMES, INC., 2KSPORTS, INC. and 2K GAMES, INC. | 2:13-CV-764 |
| SQUARE ENIX, INC. | 2:13-CV-765 |
| RIOT GAMES, INC. | 2:13-CV-766 |
| THE WALT DISNEY CO., DISNEY INTERACTIVE STUDIOS, INC. and LUCAS ARTS ENTERTAINMENT COMPANY, LLC. | 2:13-CV-752 |

**ORDER AND DISMISSAL WITH PREJUDICE**

Having considered Plaintiff Babbage Holdings, LLC's ("Babbage") and Defendant BANDAI NAMCO Games America Inc.'s ("Bandai Namco") Stipulated Motion for Dismissal With Prejudice of all claims asserted between them, the Court finds that the motion should be GRANTED.

It is hereby ORDERED, ADJUDGED, AND DECREED that all claims asserted by Babbage and Bandai Namco are dismissed WITH PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

The Clerk is ORDERED to terminate the Bandai Namco Defendants in Case No.

2:13-cv-749, and the Clerk is ORDERED to close Case No. 2:13-cv-755.

**SIGNED this 11th day of March, 2015.**

                                          ROBERT W. SCHROEDER III
                                          UNITED STATES DISTRICT JUDGE